UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**U.S. v. LUIS FANGACIO, DOB: 1/16/1988, Mag. No. 15-6151**

## PETITION FOR WRIT OF HABEAS CORPUS

1. LUIS FANGACIO, DOB: 1/16/1988, Mag. No. 15-6151, is now confined to Hudson County Jail, 30 Hackensack Ave # 1, Kearny, NJ 07032.

2. LUIS FANGACIO, DOB: 1/16/1988, Mag. No. 15-6151, will be required for a meeting with the United States Attorney's Office in **Newark, New Jersey** regarding the above-captioned case. A Writ of Habeas Corpus should be issued for that purpose.

DATED:   August 2, 2016
         Newark, NJ

_____
Jihee Suh, Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: 8/3/16

_____
Hon. Steven Mannion, U.S.M.J.

## WRIT OF HABEAS CORPUS

The United States of America to the Warden of Hudson County Jail,
WE COMMAND YOU that you have the body of

LUIS FANGACIO, DOB: 1/16/1988, Mag. No. 15-6151, SSN# 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

now confined to Hudson County Jail, 30 Hackensack Ave # 1, Kearny, NJ 07032, brought to the United States Attorney's Office, in **Newark, New Jersey** on **Tuesday, August 9, 2016** at **11:00 a.m.**, for a meeting with the United States Attorney's Office. He will be picked up and returned by Homeland Security Investigations Agent Paul Gerson.

   WITNESS the Hon. Steven Mannion
   United States Magistrate Judge
   Newark, New Jersey

DATED: 8/3/16

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
                        Deputy Clerk